■ ANGELO GORDON, Appellant, v ANTHONY BAKER, Respond- ent.—Order, Supreme Court, New York County (Karla Mos- kowitz, J.), entered on or about November 27, 1991, unani- mously affirmed for the reasons stated by Moskowitz, J., with costs and with disbursements. No opinion. Concur—Carro, J. P., Wallach, Asch and Kassal, JJ.

■ LEATRICE DRATFIELD, Respondent, v WALTER BESSER, Appellant.—Order, Supreme Court, New York County (Helen E. Freedman, J.), entered April 10, 1992, which denied defen- dant's motion to dismiss the complaint for lack of jurisdiction, unanimously affirmed, with costs.

The evidence is sufficient to show that process was properly served pursuant to CPLR 308 (2), notwithstanding the process server's unavailability at the traverse hearing. Nor did the court's questioning of defendant result in its consideration of inadmissible evidence, the court's inquiries being relevant to defendant's knowledge of legal procedures relating to service of process and his credibility. Concur—Carro, J. P., Wallach, Asch and Kassal, JJ.

■ In the Matter of JOHN W. E. BOWEN, IV, Admitted as JOHN WESLEY EDWARD BOWEN, IV, a Suspended Attorney.— Respondent is reinstated as an attorney and counselor-at-law in the State of New York effective as of December 22, 1992. Concur—Murphy, P. J., Milonas, Ellerin, Wallach and Rubin, JJ.